STATE of Missouri, Respondent,

v.

Daryll McNAIR, Appellant.

Daryll McNAIR, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47384, WD 48602.

Missouri Court of Appeals,
Western District.

Feb. 7, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 1995.

Application to Transfer Denied
May 30, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

Daryll McNair was convicted by a Jackson County jury of one count of murder in the first degree, § 565.020, RSMo 1986, one count of murder in the second degree, § 565.021, RSMo 1986, and two counts of armed criminal action, § 571.015, RSMo 1986, for which he was sentenced to concurrent terms of life imprisonment without parole, life imprisonment, and a total of fifteen years imprisonment, respectively. In this consolidated appeal, McNair challenges the sufficiency of the evidence to support his convictions, the propriety of the jury instructions defining proof beyond a reasonable doubt, and the trial court's denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief.

The judgments are affirmed. Rules 30.25(b) and 84.16(b).